IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEMETRIUS WILLIAMS,** | : | CIVIL ACTION NO. 1:20-CV-748 |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF PA, THE** | : | |
| **ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PA, SUPERINTENDENT** | : | |
| **SCI-ROCKVIEW, DISTRICT** | : | |
| **ATTORNEY OF LYCOMING COUNTY,** | : | |
| | : | |
| Respondents | : | |

## ORDER

AND NOW, this 6th day of August, 2021, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is DISMISSED as time-barred by the statute of limitations. See 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania